The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Dr. Sandy Fletcher Montano, | No. 3:24-cv-05850-DGE |
| Plaintiff, | FINAL JUDGMENT |
| v. | CLERK'S ACTION REQUIRED |
| State of Washington Department of Health et al., | |
| Defendants. | |

## I. JUDGMENT SUMMARY

| | |
|---|---|
| 1. Judgment Creditors: | TEGNA Inc.; King Broadcasting Co., doing business as Spokane television station KREM-2; and journalist Patrick Henkels |
| 2. Judgment Creditors' Attorneys: | Eric M. Stahl<br>Shontee M. Pant<br>Davis Wright Tremaine LLP |
| 3. Judgment Debtors: | Dr. Sandy Fletcher Montano |
| 4. Judgment Debtor's Attorneys | N/A |
| 5. Amount of Judgment: | $71,838.43 |
| 6. 12% Prejudgment Interest: | N/A |
| 7. Costs: | N/A |

FINAL JUDGMENT - 1
(3:24-cv-05850-DGE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

8. Total Judgment: $71,838.43

## II. BASIS

On February 11, 2025, this Court granted the Creditors' motion to dismiss Plaintiff's claims under Uniform Public Expression and Protection Act ("UPEPA"). ECF No. 24 at 6. On May 19, 2025, the Court granted the Creditors' motion for attorneys fees and costs in the amount of $71,838.43 and confirmed dismissal of Plaintiff's action against Creditors, with prejudice. ECF No. 51 at 6; ECF No. 52 at 16.

## III. JUDGMENT

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's action and all his claims against TEGNA Inc., King Broadcasting Co., and Patrick Henkels are DISMISSED WITH PREJUDICE.

2. Final judgment is entered in favor of TEGNA Inc., King Broadcasting Co., and Patrick Henkels in the amount of $71,838.43. This Judgment shall bear interest from the date of judgment at the rate of 12 percent per annum.

3. IT IS HEREBY DIRECTED that this Judgment be entered as stated above.

IT IS SO ORDERED.

DONE this 24th day of June, 2025.

David G. Estudillo
United States District Judge

FINAL JUDGMENT - 2
(3:24-cv-05850-DGE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendants TEGNA Inc., and King Broadcasting Co. (incorrectly identified in Complaint as "KREM2 Television Station") and Patrick Henkels

By: /s/ Eric M. Stahl
    Eric M. Stahl, WSBA #27619
    Shontee M. Pant, WSBA #57010

FINAL JUDGMENT - 3
(3:24-cv-05850-DGE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax